IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD DEWAYNE BASSETT,

    Petitioner,                    No. 2:11-cv-1592 JAM GGH P

    vs.

MIKE McDONALD, Warden, et al.,

    Respondents.             ORDER

_____/

    Petitioner has filed a motion for extension of time to file a reply to respondent's May 1, 2012, opposition to petitioner's April 27, 2012, motion for leave to file amended petition. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's May 18, 2012 motion for an extension of time (Docket No. 30) is granted;

    2. Petitioner is granted 15 days from May 18, 2012, nunc pro tunc, to file a reply to the May 1, 2012 opposition to petitioner's April 27, 2012 motion, and petitioner's May 29, 2012, reply is deemed timely filed.

DATED: June 1, 2012

                                  /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE

GGH:009/md
bass1592.36