UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DEWAYNE BASSETT,<br><br>Petitioner,<br><br>v.<br><br>MIKE McDONALD, Warden, et al.,<br><br>Respondent. | No. 2:11-cv-1592 TLN AC P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, filed an application pursuant to 28 U.S.C. § 2254. In light of the January 16, 2014 response (ECF No. 48) provided by respondent to the order filed on January 7, 2014 (ECF No. 47), it appears that petitioner has had adequate access to the law library and his legal property at High Desert State Prison since December 27, 2013. Petitioner filed a notice of change of address on March 3, 2014, noting his transfer to the California Medical Facility. The court will grant petitioner a further extension of time of thirty days to file a traverse. Following the expiration of that period, this matter will be deemed submitted.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's traverse is due within thirty days of the date of this order; and

////

////

1

2. Upon expiration of the thirty-day period, this matter will be deemed submitted.

DATED: March 19, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE